Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
athompson@littler.com
asclark@littler.com

Attorneys for Defendant
PAM HEALTH REHABILITATION HOSPITAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

John Wright,

Plaintiff,

v.

PAM Health Rehabilitation Hospital Centennial Hills,

Defendant.

Case No. 2:26-cv-02877-CDS-MDC

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

**[FIRST REQUEST]**

[ECF No. 10]

Plaintiff John Wright and Defendant PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital Centennial Hills[1] hereby agree and stipulate to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss the Complaint from the current deadline of September 25, 2026, up to and including **October 30, 2026.** By this stipulation, Plaintiff also agrees to withdraw his pending Motion for Extension of Time (ECF No. 9), which is moot in light of the parties' agreement to extend the deadline to respond to Defendant's Motion to Dismiss up to and including October 30, 2026.

[1] The Complaint identifies the Defendant as "PAM Health Rehabilitation Hospital Centennial Hills," but Plaintiff was actually employed by PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Centennial Hills.

On September 11, 2026, Defendant filed its Motion to Dismiss Plaintiff's Complaint (ECF No. 3). The deadline to respond to the motion was September 25, 2026. On September 14, 2026, the Court issued a Minute Order directing the parties to file a Joint Status Report by October 14, 2026 (ECF No. 5). On October 7, 2026, the parties spoke by phone to discuss the joint status report. During that call, Defendant's counsel learned that Plaintiff's address listed on PACER is incorrect. The correct address is 1110 Redwood Street, Las Vegas, Nevada, apartment *205*. PACER lists the apartment number as 206. The incorrect apartment number has resulted in some court-issued mail being returned to sender (ECF No. 7) and has caused uncertainty over whether Plaintiff has received service of the filings in this case.

On October 7, 2026, Defense counsel mailed Plaintiff a draft of the Joint Status Report, Motion to Dismiss (ECF No. 3), Petition for Removal (ECF No. 1), Minute Order (ECF No. 5), Notice to Plaintiff regarding removal, and Defendant's Certificate of Interested Parties (ECF No. 2). Defense counsel also agreed to extend Plaintiff's deadline to respond to its Motion to Dismiss through October 16, 2026.

On October 7, 2026, Plaintiff filed his pending Motion to Extend Time to respond to Defendant's Motion to Dismiss through February 1, 2027 (ECF No. 9). Through email, Defense counsel explained that Defendant would not agree to extend the deadline through February 1, 2027, but Defendant would agree to an extension through October 30, 2026. The parties agreed to the extension through October 30, 2026, and Plaintiff agreed to withdraw his Motion to Extend Time (ECF No. 9).

Good cause and excusable neglect support the requested extension of time through October 30, 2026. The deadline to respond to Defendant's Motion to Dismiss passed on September 25, 2026. As a result, excusable neglect must support this retroactive extension of the deadline. *See* LR IA 6-1(a). The request meets that standard. First, it is unclear whether Plaintiff received Defendant's Motion to Dismiss via mail considering the error in his apartment number. In addition, Plaintiff represents that he experiences a disability, does not have reliable access to a computer, and did not have sufficient time to consider and respond to the pending

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

Motion to Dismiss. The parties thus agree that good cause and excusable neglect support this request for extension.

This is the first request for an extension of time to respond to Defendant's Motion to Dismiss. This request is made in good faith and not for the purpose of delay. Plaintiff further agrees that the Court's approval of this stipulation also withdraws his pending Motion to Extend Time (ECF No. 9).

Dated: 10/9/2026 ____, 10/9/2026

Respectfully submitted,

John P. Wright
Plaintiff, *Pro Se*

Dated: 10/9/2026 ____, 10/9/2026

Respectfully submitted,

Amy L. Thompson, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
PAM HEALTH REHABILITATION HOSPITAL

**IT IS SO ORDERED.**

United States District Judge

Dated: October 13, 2026

4921-0129-2759.1 / 101193.1046

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800